UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,           Criminal File No. 05-296 (2) (RHK/SRN)

    Plaintiff,

**ORDER**

v.

Efference Donnell Gordon,

    Defendant.

---

This matter is before the Court based on Defendant Efference Gordon's Motion for a continuance of the trial date.  The continuance is requested in order for the attorney for Defendant Gordon to obtain the services of a forensic account or other financial expert and to provide said expert with financial records concerning the business activity of Defendant and his spouse as part of the preparation for trial.  The Government joins in this Motion.

Based upon all the files, records and proceedings herein, the Court concludes pursuant to 18 U.S.C. § 3161(h)(8)(A) that the ends of justice will be served by granting a continuance and outweigh the best interests of the public and Defendant in a speedier trial.  Thus, **IT IS HEREBY ORDERED**:

    1. Defendant Gordon's request for a continuance of the trial date is **GRANTED**;

    2.  The time between Defendant Gordon's Motion for a continuance and the date the trial shall commence shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A); and

3.  The parties shall confer with one another and contact Debra Siebrecht, calendar clerk for Judge Richard H. Kyle, and schedule a new trial date within the requested time frame.

Dated:  July 20, 2006

                                          s/Richard H. Kyle  
                                          RICHARD H. KYLE  
                                          United States District Judge